ABDULKADIR SHARIF ALI,

        Plaintiff,

       v.                                  1:26-CV-257

JEFFREY CARROLL, *et al.*,

        Defendants.

## **ORDER**

This matter is before the Court for review of the Order and Recommendation entered by the Honorable L. Patrick Auld. (D.E. 4.) The Recommendation recommends that Abdulkadir Sharif Ali's individual capacity claims against Officer Jeffrey Carroll and Officer David Waller be allowed to proceed, but that all other claims be dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted or for seeking monetary damages from defendants with immunity from such relief. (*Id.*) The deadline for objections passed on April 13, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note).

The Recommendation recommends dismissing Ali's individual capacity claims against Warden Ben Anderson and Lieutenant Teresa Turner because an obstruction of justice claim based on the intentional destruction of evidence exists "only where that destruction prevents a plaintiff from bringing a civil action." (D.E. 4, p. 4.) However, the North Carolina common law offense of obstruction of justice prevents "*any* act which prevents, obstructs, impedes or hinders public or legal justice." *Blackburn v. Carbone*, 208 N.C. App. 519, 526, 703 S.E.2d 788, 794 (2010) (internal citation omitted) (emphasis added). If Warden Anderson and Lieutenant

Turner intentionally destroyed camera footage of the incident, that would impede and hinder this action. Therefore, Ali's individual capacity claims against Warden Anderson and Lieutenant Turner should be allowed to proceed.

Accordingly, IT IS ORDERED that the Magistrate Judge's Recommendation (D.E. 4) is ADOPTED in part and MODIFIED in part as set forth in this order. Ali's individual capacity claims against Officer Carroll, Officer Waller, Warden Anderson, and Lieutenant Turner are allowed to proceed, but his official capacity claims should be dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted or for seeking monetary damages from defendants with immunity from such relief.

This the 30th day of April, 2026.

*/s/ David A. Bragdon*
United States District Judge

2